**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHONNY ROLDAN,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | No. CV 24-3485 PA (SSCx)<br><br>JUDGMENT |

    In accordance with the Court's September 8, 2025 Minute Order granting the Motion for Summary Judgment filed by defendants Deputy Tony Franklin and Deputy Heriberto Fernandez ("Defendants"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

    1.    Defendants shall have judgment entered in their favor;

    2.    Plaintiff shall take nothing; and

    3.    Defendants shall have their costs of suit.

    The Clerk is ordered to enter this Judgment.

DATED: September 8, 2025

                                                                Percy Anderson<br>
                                                           United States District Judge